R. D. Handy, for appellant.

Tisdale & Dengler, Simmons & Schmidt, for appellees.

---

LUTHER J. COTTRELL v. DAVID A. BARNES.

[Abstract Kentucky Law Reporter, Vol. 1—422.]

**Interest on Note After Maturity.**

Where a note is executed on a named day, and made payable one year after date with ten per cent. interest from date, it is error to enter judgment for ten per cent. from the date of the note until a time long after its maturity. Judgment should have been entered for the principal and interest at the named rate for one year and with six per cent. interest thereafter.

APPEAL FROM DAVIESS CIRCUIT COURT.

November 26, 1880.

OPINION BY JUDGE·HARGIS:

The note was executed on the 18th day of November, 1872, and made payable one year after date with 10 per cent. interest from date.

The court rendered judgment for 10 per cent. interest from the date of the note until paid, which was error.

The judgment should have been for one thousand dollars with 10 per cent. interest from November 18, 1872, until November 18, 1873, and then with 6 per cent. interest until paid. *Rilling v.' Thompson,* 12 Bush 310; *Evans v. Chapel,* 13 Bush 121; *Crosthwait v. Misener,* 13 Bush 543.

Judgment *reversed* and cause remanded for judgment in pursuance of this opinion.

*George W. Jolly, for appellant.*